**210** JESCHLY ET AL. vs. POLICE JUSTICE (Detroit), 7 M., 455.

Case made from Wayne Circuit.

To compel respondent to allow an appeal from the final judgment of the Police Court to the Circuit Court for the County of Wayne, in a case for assault and battery, in which relator stood convicted in said court.

The circuit judge refused the writ and the Supreme Court being equally divided, the judgment below was affirmed, December 6, 1859.

**211** SULLIVAN vs. HAUG (Police Justice), 82 M., 548; 10 L. R. A., 263.

To compel respondent to make return to an appeal attempted to be taken in a case determined in the Police Court of Detroit.

Denied October 17, 1890.

Held, that Sec. 23, of Act No. 161, Laws of 1885, as amended by Act. No. 287, Laws of 1887, limiting the right of appeal to cases where the sentence of imprisonment exceeds twenty days, or the fine imposed exceeds $25 is not unconstitutional.

**212** SHERWOOD ET AL. vs. CIRCUIT JUDGE (Allegan), 80 M., 270.

To vacate an order requiring a justice of the peace to make a return to a writ of certiorari.

Granted April 18, 1890.

Held that an affidavit which has been indorsed with an allowance of a writ of certiorari and filed in the clerk's office and the writ issued, cannot be used as the basis for the allowance of a second writ; that a justice of the peace is justified in refusing to make return to a writ of certiorari, if the bond is not served upon him within the statutory ten days; that the statutory writ is special, and the proceedings to obtain a review by this process must be strictly complied with, and that a party has no right to take from the clerk's office an affidavit upon which a writ has been issued, to present it for a second order of allowance.